IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARIE A. ENGLE                                                          PLAINTIFF

V.                    NO. 3:08cv00055 JWC

MICHAEL J. ASTRUE,                                  DEFENDANT
Commissioner, Social
Security Administration

## ORDER

Plaintiff has filed a motion for attorney's fees in this case pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (doc. 15). The motion seeks an EAJA award of $4,262.50 for 27.5 hours of attorney work, at an hourly rate of $155.00. Attached to the motion is counsel's affidavit (doc. 15-2) purportedly itemizing the time expended. The itemization seeks an EAJA award of $5,921.00, based on 38.2 hours of attorney work at a hourly rate of $155.00. Additionally, the itemized entries add up to only 38 hours.

Counsel is directed to file, on or before February 4, 2010, an affidavit clarifying the amount of fees requested in this case and itemizing the work expended on Plaintiff's behalf.

IT IS SO ORDERED this 22nd day of January, 2010.

                                                                _____
                                                                UNITED STATES MAGISTRATE JUDGE